**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ERIC DEAN BOYKIN, | No. C 08-01348 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 12] |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

Having granted plaintiff's Amended Application to Proceed *in Forma Pauperis* [Docket No. 10], on July 2, 2008, the Court ORDERS the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit, and this Order upon all defendants.

IT IS SO ORDERED.

July 3, 2008

Saundra Brown Armstrong
United States District Judge