1 | JOSEPH P. RUSSONIELLO, SBN CA 44332
United States Attorney
2 | LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
3 | Social Security Administration
LEO R. MONTENEGRO SBN NY 2616118
4 | Special Assistant United States Attorney

5 | 333 Market St, Ste 1500
San Francisco, CA 94105
6 | Telephone: (415) 977-8943
Fax: (415) 744-0134
7 | E-mail: Leo.R.Montenegro@ssa.gov

8 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ERIC DEAN BOYKIN,  )
 ) CIVIL NO. C 08-01348 SBA
            Plaintiff, )
 ) STIPULATION AND ORDER
       v. ) FOR AN EXTENSION OF TIME IN WHICH
 ) TO FILE DEFENDANT'S COUNTER-MOTION
MICHAEL J. ASTRUE, ) TO PLAINTIFF'S MOTION FOR REMAND
Commissioner of )
Social Security, )
 )
            Defendant. )
_____)

Pursuant to Local Rule 6-2, the parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached proposed Order, that Defendant Commissioner of Social Security shall have an extension of time of 30 days to file his counter-motion to Plaintiff's motion for remand. This extension of time is needed for consideration of possible settlement. There have not been any prior extensions of time in this case. The current due date for Defendant's counter-motion is December 18, 2008. The new due date will be January 20, 2009.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

STIP & PROPOSED ORDER
C 08-01348 SBA                                    1

1   Pursuant to General Order 45, § X.B, and the instructions regarding signatures on this
2   Court's internet web site (https://ecf.cand.uscourts.gov/cand/faq/general/signatures.htm), I, the
3   undersigned Leo R. Montenegro, hereby attest that I have on file all holograph signatures for any
4   signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATE:  12/15/08         /s/ Bess M. Brewer
                        (as authorized by fax December 15, 2008)
                        BESS M. BREWER
                        Attorney at Law

                        Attorney for Plaintiff

DATE:  12/15/08         JOSEPH P. RUSSONIELLO
                        United States Attorney
                        LUCILLE GONZALES MEIS
                        Regional Chief Counsel, Region IX

                 By:    /s/ Leo R. Montenegro
                        LEO R. MONTENEGRO
                        Special Assistant U.S. Attorney

                        Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: _12/17/08                    _Saundra B Armstrong_____
                                    SAUNDRA B. ARMSTRONG
                                    UNITED STATES DISTRICT JUDGE

STIP & PROPOSED ORDER
C 08-01348 SBA                              2