JOSEPH P. RUSSONIELLO, SBN CA 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
LEO R. MONTENEGRO SBN NY 2616118
Special Assistant United States Attorney

    333 Market St, Ste 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8943
    Fax: (415) 744-0134
    E-mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERIC DEAN BOYKIN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C 08-01348 SBA<br><br>STIPULATION AND ORDER<br>OF REMAND FOR FURTHER<br>ADMINISTRATIVE PROCEEDINGS<br>PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will direct an Administrative Law Judge (ALJ) to take the following actions:

    The Appeals Council requests the ALJ update the medical record with existing evidence from the treating sources to clarify the severity of Plaintiff's impairment.  The ALJ shall also re-evaluate the medical source opinions of record, including all treating, examining,

1  and non-examining physicians, pursuant to SSRs 96-2p, 96-5p, and 96-6p.  The ALJ shall
2  re-evaluate Plaintiff's credibility pursuant to SSR 96-7p.  The ALJ shall consider the
3  exertional demands of Plaintiff's past relevant work as construction laborer and explain
4  any deviation from the information contained in the Dictionary of Occupational Titles.  If
5  warranted, the ALJ shall obtain additional evidence from a Vocational Expert, including
6  answers to hypothetical questions which include his assessed limitations, to support his
7  decision.  The ALJ shall evaluate  the claim pursuant to AR 97-4(9) and assess any
8  changed circumstances, especially with regard to the severity of Plaintiff's impairments.
9  If the ALJ determines there are no changed circumstances, he shall identify and explain
10 the evidentiary basis for that finding.

11 The parties further request that the Clerk of the Court be directed to enter a final
12 judgment in favor of Plaintiff and against Defendant, the Commissioner of Social Security,
13 reversing the final decision of the Commissioner.

14 Pursuant to General Order 45, § X.B, and the instructions regarding signatures on this
15 Court's internet web site (https://ecf.cand.uscourts.gov/cand/faq/general/signatures.htm), I, the
16 undersigned Leo R. Montenegro, hereby attest that I have on file all holograph signatures for any
17 signatures indicated by a "conformed" signature (/s/) within this efiled document.

19 DATE:  1/16/09              /s/ Bess M. Brewer
                                 (as authorized by fax January 16, 2009)
20                               BESS M. BREWER
                                 Attorney at Law
21
                                 Attorney for Plaintiff

23 DATE:  1/16/09              JOSEPH P. RUSSONIELLO
                                 United States Attorney
24                               LUCILLE GONZALES MEIS
                                 Regional Chief Counsel, Region IX
25
                          By:    /s/ Leo R. Montenegro
26                               LEO R. MONTENEGRO
                                 Special Assistant U.S. Attorney
27
                                 Attorneys for Defendant
28

STIP & PROPOSED ORDER FOR REMAND
C 08-01348                              2

1
2
3                                              ORDER
4
           APPROVED AND SO ORDERED.
5
6   DATED: 1/21/09                             _____
                                               SAUNDRA B. ARMSTRONG
7                                              UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP & PROPOSED ORDER FOR REMAND
C 08-01348                         3