**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ERIC DEAN BOYKIN, | No.  C 08-01348 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security of the United States of America, | |
| Defendant. | |

_____

    Plaintiff has filed a Motion and Memorandum in Support of Motion for an Award of Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) [Docket No. 29].  As this is a Social Security Appeal, the Court does not require that motions be noticed for hearings as a matter of course.  As such, the Court sets the following briefing schedule.  Defendant's opposition, if any, shall be due on or before March 12, 2009.  Plaintiff's reply, if any, shall be due on or before March 19, 2009.  The Court shall consider the matter submitted on the pleadings.


    IT IS SO ORDERED.


    February 24, 2009                               _____
                                                    Saundra Brown Armstrong
                                                    United States District Judge