1 JOSEPH P. RUSSONIELLO, SBN CA 44332
United States Attorney
2 LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
3 Social Security Administration
MARK A. WIN, SBN CA 206077
4 Special Assistant United States Attorney

5    333 Market St, Ste 1500
   San Francisco, CA 94105
6    Telephone: (415) 977-8980
   Fax: (415) 744-0134
7    E-mail: Mark.Win@ssa.gov

8 Attorneys for Defendant

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC DEAN BOYKIN, | ) |
|       Plaintiff, | ) CIVIL NO. C 08-01348 SBA |
|       v. | ) STIPULATION AND |
| MICHAEL J. ASTRUE, | ) ORDER FOR THE AWARD AND |
| Commissioner of | ) PAYMENT OF ATTORNEY FEES |
| Social Security, | ) PURSUANT TO THE EQUAL ACCESS |
|       Defendant. | ) TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| _____ | ) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND THREE HUNDRED and SEVENTY FOUR DOLLARS and 41 CENTS ($5,374.41). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of

Stip & Proposed Order RE EAJA Fees

CV 08-01348

1  Defendant under the EAJA. Payment of FIVE THOUSAND THREE HUNDRED
2  and SEVENTY FOUR DOLLARS and 41 CENTS ($5,374.41) in EAJA attorney
3  fees, shall constitute a complete release from and bar to any and all claims Plaintiff
4  may have relating to EAJA fees in connection with this action.  Any payment shall
5  be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to
6  Plaintiff's counsel.

      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

      Pursuant to General Order 45, § X.B, and the instructions regarding signatures on this Court's internet web site (htttps://ecf.cand.uscourts.gov/cand/faq/general/signatures.htm), I, the undersigned Mark Win, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATE: March 9, 2009

      /s/ Bess M. Brewer
      (as authorized by e-mail)
      BESS M. BREWER
      Attorney at Law

      Attorney for Plaintiff

DATE: March 6, 2009

      JOSEPH P. RUSSONIELLO
      United States Attorney
      LUCILLE GONZALES MEIS
      Regional Chief Counsel, Region IX

By:    /s/ Mark A. Win
      MARK A. WIN
      Special Assistant U.S. Attorney

      Attorneys for Defendant

1

<u>ORDER</u>

2

3

APPROVED AND SO ORDERED.

4

DATED: 4/24/09

5

_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip & Proposed Order RE EAJA Fees

CV 08-01348